UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \*\*

| | |
|---|---|
| MARCELL WILLIAMS, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DEPUTY COLLINS, *et al.*, ) <br> ) <br> Defendants. ) <br> ) | CASE NO.: 3:13-CV-0589-RCJ-VPC <br><br> O R D E R |

The Court has considered the Report and Recommendation of United States Magistrate (ECF #33) entered on March 23, 2015, in which the Magistrate Judge recommends the Court dismiss this action with prejudice for Plaintiff's failure to comply with LSR 2-2. The Court has considered the pleadings and memoranda of the parties and other relevant matters of record and has made a review and determination in accordance with the requirements of 28 U.S.C. § 636 and applicable case law, and good cause appearing, the court hereby

ADOPTS AND ACCEPTS the Report and Recommendation of the United States Magistrate Judge (ECF #33).

IT IS HEREBY ORDERED that this action is DISMISSED WITH PREJUDICE. The Clerk of the Court shall close this case.

IT IS SO ORDERED this 21st day of April, 2015.

_____
ROBERT C. JONES
UNITED STATES DISTRICT JUDGE